## NELSON v. WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 9, September Term, 1958.]

*Decided June 9, 1959.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

This application for leave to appeal from a denial of relief under the Post Conviction Procedure Act, after appointment of counsel and hearing, is denied for the reasons set out in the opinion and order of the court below.